UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KERRY BELL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-6636** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION:"C" (4)** |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

**IT IS ORDERED** that the Commissioner's **Motion to Dismiss (R. Doc. 8)** is **GRANTED** for lack of subject matter jurisdiction due to Kerry Bell's failure to exhaust administrative remedies.

New Orleans, Louisiana, this 13 day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE